# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144517

NIGHTWATCH CAPITAL GROUP, L.L.C.,
        Plaintiff-Appellant,

v

QUESTOR MANAGEMENT COMPANY,
L.L.C., QUESTOR PARTNERS FUND II,
L.P., QUESTOR SIDE-BY-SIDE PARTNERS
II, L.P., QUESTOR SIDE-BY-SIDE PARTNERS
3(C)1, L.P., QUESTOR PRINCIPALS II, L.P.,
QUESTOR GENERAL PARTNER II, L.P., and
ROBERT D. DENIOUS,
        Defendants-Appellees.

SC: 144517
COA: 299378
Oakland CC: 2008-096312-CZ

_____/

      On order of the Court, the application for leave to appeal the December 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

t0514

_____
Clerk